UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20709-CIV-UU

| | |
|---|---|
| ANA BACALLAO, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| JAMIE H. ZIDELL, and | ) |
| J.H. ZIDELL, P.A. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

**COME(S) NOW** the undersigned counsel and notices the Court and all parties as follows:

The undersigned hereby appears as an additional trial counsel of record on behalf of the Defendants.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR DEFENDANTS**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**

BY:_____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA SAME ON 3/21/16 TO:

ALL LISTED CM/ECF RECIPIENTS

PAVEL KOGAN, ESQ.
KOGAN PROBER, P.A.
MUSEUM PLAZA
200 S. ANDREWS AVE., STE. 901
FORT LAUDERDALE, FL 33301

BY:___/s/___K. David Kelly_____
K. DAVID KELLY, ESQ.