UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-CV-20709-UU

ANA BACALLAO,

    Plaintiff,

v.

J.H. ZIDELL, P.A. and JAMIE H. ZIDELL, individually,

    Defendant.
_____/

### CORRECTED NOTICE OF VOLUNTARY DISMISSAL OF COUNT II OF THE COMPLAINT

    PLEASE TAKE NOTICE that the undersigned attorney for Plaintiff, ANA BACALLAO, pursuant to *Fed. R. Civ. Pro. 41(a)(1),* hereby files this Notice of Voluntary Dismissal of Count II, Misclassified Employee Pursuant To *26 U.S.C. §7434*, of the Complaint as to Defendant J.H. Zidell, P.A. and JAMIE H. ZIDELL, in this matter.

    Respectfully Submitted,

    KOGAN PROBER, P.A.
    Attorneys for Ana Bacallao,
    Museum Plaza, Suite 901
    200 S. Andrews Avenue
    Ft. Lauderdale, FL 33301
    Telephone:   (954) 281-8888
    Facsimile:    (954) 333-1505
    Email: pkogan@koganprober.com
           service@koganprober.com

    By: ___/s/ Pavel Kogan_____
        PAVEL KOGAN, ESQ.
        FLORIDA BAR NO.: 64339

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of foregoing was electronically filed this 6th day of April 2016 with the Clerk of the Court by using CM/ECF and a true and correct copy of the foregoing was delivered to: **J.H. Zidell, Esq.**, ZAbogado@aol.com.

    By: ___/s/ Pavel Kogan_____
        PAVEL KOGAN, ESQ.
        FLORIDA BAR NO.: 64339