Subj: **coming on as a payroll W-2 employee (correcting prior email sent to you today)**
Date: 9/10/2015 5:42:09 P.M. Eastern Daylight Time
From: ZAbogado@aol.com
To: ana.jhzidell@gmail.com

Ana,

Your 90 day trial period has now ended and you will be starting on our payroll as a W-2 employee tomorrow 09.11.15-- your first payroll check here. Your schedule will be the same 50 hour weekly schedule as it has been since you began 90 days ago. As I have told you on several occasions, IT IS PROHIBITED TO WORK MORE THAN 50 HOURS PER WEEK HERE. I DO NOT ALLOW THIS FOR SECRETARIAL STAFF WHO ARE PAID BY THE HOUR. You have agreed to this and understand that I specifically do not give you permission to work here more than 50 hours per week which I told you and you agreed to when you started 90 days ago. You will need to come to the Office at 8am and stay until 6pm Monday through Friday. If you get here before 8am, DO NOT DO any work as this is your own leisure time that I do not know of, that I do not permit, and that I do not pay for. The same goes for after 6PM. You must mark time cards each day when you arrive and when you leave so I can keep track of your hours.

Your pay is the same that we agreed to when you started 90 days ago. Until now, you have been paid as a 1099 Independent Contractor for tax purposes which means that you will need to pay taxes on the gross pay amounts that you have received from me over the past 90 days-- no deductions were taken until now from your paychecks as you know and as you asked me to do when you started. I hired you at $14/hr. for your first 40 hours of work each week plus $21/hr. for the 10 hours of overtime that you agreed to work each week for $770 weekly or $1,540 bi-weekly. You have always been paid by the hour here and you will continue to be paid by the hour. As a W-2 employee starting this pay period, you will still make $14/hr. for regular non-overtime pay and $21/hr. for overtime pay. DO NOT WORK OVER 50 HOURS PER WEEK AS THIS IS PROHIBITED AND NOT AUTHORIZED AND YOU HAVE AGREED NEVER TO WORK OVER 50 HOURS PER WEEK AS A CONDITION OF YOUR EMPLOYMENT. As a W-2 employee, your bi-weekly checks will continue to be $1,540 less income, social security, and medicare deductions of $177, $95.38, and $22.31 which will leave you with $1,243.71 as the net amount of your bi-weekly paycheck. If any income tax is still owed after these deductions are made, YOU ARE SOLELY RESPONSIBLE TO PAY THE SAME.

Please sign below to show that you agree with and understand all of the foregoing.

x *Ana Bacallao*
ANA BACALLAO


```
J.H. Zidell, Esq.
J.H. Zidell

J.H. Zidell, Esq.
J.H. Zidell P.A.
City National Bank Building
300 71st Street #605
Miami Beach, Fla. 33141
Tel. 305-865-6766
Fax: 305-865-7167
email: Zabogado@aol.com
```

Exhibit "A"

Thursday, September 10, 2015 AOL: ZAbogado