UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:16-cv-20709-UU

ANA BACALLAO,

    Plaintiff,

v.

J.H. ZIDELL, P.A. and JAMIE H. ZIDELL, individually,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On May 6, 2016, the parties informed the Court that they agreed to a mediation conference in this action before Marlene Quintana, B.C.S., to take place on August 31, 2016. Due to a docketing error, the Court issued an Order scheduling mediation for such date. D.E. 22. The parties have been ordered to complete mediation within fifteen (15) days after the discovery cutoff date in this case, which is June 3, 2016, and the parties must, therefore, complete mediation no later than June 20, 2016. D.E. 21 ¶ 2; D.E. 20. Accordingly, it is

ORDERED AND ADJUDGED that the Order Scheduling Mediation, D.E. 22, is HEREBY STRICKEN. It is further

ORDERED AND ADJUDGED that Plaintiff SHALL show cause in writing, by **Friday, May 13, 2016**, as to why the parties scheduled their mediation beyond the deadlines set forth by this Court. Alternatively, the parties may agree to a mediation date, which is on or before June 20, 2016, and submit a proposed order scheduling mediation no later than Friday, May 13, 2016.

**Failure to comply with this order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers, Miami, Florida, this _20th__ day of May, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record