UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-20709-UU

ANA BACALLAO,

    Plaintiff,

v.

JAMIE H. ZIDELL, *et al.*,

    Defendants.

_____/

## ORDER EXPEDITING RESPONSE

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On May 9, 2016, Plaintiff filed a Motion to Dismiss Defendants' Counterclaim, which Defendant filed along with its Answer on April 18, 2016. D.E. 23; D.E. 18. Given the circumstances, the Court concludes that it would be appropriate to expedite briefing with respect to Plaintiff's Motion. Accordingly, it is

ORDERED AND ADJUDGED that Defendants SHALL file their Response to Plaintiff's Motion no later than **Friday, May 20, 2016.** It is further

ORDERED AND ADJUDGED that Plaintiff shall file a Reply, if any, no later than **Friday, May 27, 2016.**

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of May, 2016.

                                                                     _____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record