**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.:16-CV-20709-UU

ANA BACALLAO,

    Plaintiff,

v.

J.H. ZIDELL, P.A. and JAMIE H. ZIDELL, individually,

    Defendant.
_____/

## JOINT RESPONSE TO ORDER TO SHOW CAUSE [D.E. 24]

The Plaintiff and Defendants, by and through their undersigned counsel, hereby file their response to the Order to Show Cause [D.E. 24] dated May 10, 2016, and state as follows:

1. On April 22, 2016 this Court entered a Scheduling Order for Pretrial Conference and Trial [D.E. 20] (the "Scheduling Order").

2. Addtionally, on April 22, 2016 the Court entered an Order of Referral to Mediation requiring that mediation be completed within fifteen (15) days after discovery cutoff.

3. Pursuant to the Scheduling Order, all discovery must be completed by August 19, 2016 and mediation must be completed by September 5, 2016.[1]

4. Mediation was scheduled by the parties to take place on August 31, 2016, within the fifteen day period required by the Order of referral to mediaiton.

5. After review of the docket, on April 22, 2016 the clerk miscalendared the discovery cut off for June 3, 2016, and on April 25, 2016 the clerk corrected its mistake and recalendared the discovery cutoff date to August 19, 2016.

WHEREFORE, the Plaintiff and Defendants, request that this Honorable Court enter an order scheduling mediation for August 31, 2016.

---

[1] The Fifteenth day falls on Saturday, September 3, 2016.

1

Jointly and respectfully submitted,

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |
|---|---|
| By: ___/s/ Pavel Kogan_____ <br> Pavel Kogan, Esq. <br> Florida Bar No.: 64339 <br> pkogan@koganprober.com <br> KOGAN PROBER, P.A. <br> Museum Plaza, Suite 901 <br> 200 S. Andrews Avenue <br> Ft. Lauderdale, FL  33301 <br> Telephone:    (954) 281-8888 <br> Facsimile:     (954) 333-1505 | By: ___/s/ K. David Kelly_____ <br> K. David Kelly, Esq. <br> Florida Bar No.: 0123870 <br> David.Kelly38@rocketmail.com <br> J.H. Zidell, P.A. <br> 300 71st Street, #605 <br> Miami Beach, FL 33141 <br> Telephone:    (305)865-6766 <br> Facsimile:     (305)865-7167 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of foregoing was electronically filed this 7th day of March, 2016 with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to: **K. David Kelly, Esq.**, david.kelly38@rocketmail.com and J.H. Zidell, Esq., zabogado@aol.com.

By:___/s/ Pavel Kogan_____
PAVEL KOGAN, ESQ.
FLORIDA BAR NO.: 64339