UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

ANA BACALLAO, individually and on behalf
of all other similarly situated,

    Plaintiff,

v.

J.H. ZIDELL, P.A. and JAMIE H. ZIDELL,
individually,

    Defendant.
_____/

## STATEMENT OF CLAIM

COMES NOW, Plaintiff, ANA BACALLAO, by and through the undersigned counsel hereby files her Statement of Claim, and in support thereof, states as follows:

1. Plaintiff was hired by Defendant as a non-exempt, hourly employee on or about May 29, 2015.

2. From at least May 29, 2015, and continuing through on or about January 18, 2016, Defendants failed to compensation Plaintiff at a rate of one and one-half times Plaintiff's regular rate for all hours worked in excess of fifty (50) hours in a single work week. Plaintiff should be compensated at a rate of at least one and one-half times Plaintiff's regular rate for those hours that she worked in excess of fifty (50) hours in a single work week as required by the Fair Labor Standards Acts, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA").

3. Documentation concerning the number of hours actually worked by Plaintiff and the compensation actually paid to Plaintiff are in the possession, custody, and control of Defendant.

1

4. Plaintiff alleges that during the time period beginning May 29, 2015 and continuing through on or about January 18, 2016, she regularly worked over fifty (40) hours per work week, averaging approximately sixty-five (65) hours per work week. Plaintiff further alleges that Defendant failed to compensate her at all for the hours worked in excess of fifty (50) hours in a single work week, i.e., Plaintiff was not paid "straight time" for these hours. Plaintiff's regular rate of pay during the relevant time period was $15.40, resulting in an overtime rate of $23.10. Defendants therefore failed to compensate Plaintiff an average of $346.50 per work week during the time it employed Plaintiff. Plaintiff worked for Defendants for approximately forty-one (41) weeks during the relevant time period, and therefore, is owed $14,206.50 in unpaid overtime.

5. The FLSA allows Plaintiff to seek liquidated damages in this case, and therefore, Defendant owes Plaintiff $28,413.00, exclusive of attorney's fees and costs.

DATED this 22nd day of June, 2016.

        Respectfully Submitted,

        KOGAN PROBER, P.A.
        Attorneys for Ana Bacallao,
        Museum Plaza, Suite 901
        200 S. Andrews Avenue
        Ft. Lauderdale, FL 33301
        Telephone:   (954) 281-8888
        Facsimile:   (954) 333-1505
        Email: pkogan@koganprober.com
              service@koganprober.com

        By:___/s/ Pavel Kogan_____
            PAVEL KOGAN, ESQ.
            FLORIDA BAR NO.: 64339

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of foregoing was electronically filed this 22nd day of June, 2016 with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to: **K. David Kelly, Esq.**, david.kelly38@rocketmail.com **J.H. Zidell, Esq.**, zabogado@aol.com, and **Joshua H. Sheskin, Esq.**, jsheskin.jhzidellpa@gmail.com.

    By: /s/ Pavel Kogan
    PAVEL KOGAN, ESQ.
    FLORIDA BAR NO.: 64339