UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20709-CIV-AOR

[CONSENT CASE]

| | |
|---|---|
| ANA BACALLAO, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| JAMIE H. ZIDELL, and | ) |
| J.H. ZIDELL, P.A. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NOTICE OF SETTLEMENT**

The undersigned hereby notices the Court that the above-captioned matter has been settled as to all Parties pursuant to an amicable resolution among the Parties. In filing their settlement documents, the Parties intend to seek confidential approval via *in camera* review or otherwise.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR DEFENDANTS**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
BY:___/s/____K. David Kelly_____
**K. DAVID KELLY, ESQ.**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT ON 6/30/16 VIA CM/ECF TO:**

**ALL CM/ECF RECIPIENTS**

**PAVEL KOGAN, ESQ.
KOGAN PROBER, P.A.
MUSEUM PLAZA
200 S. ANDREWS AVE., STE. 901
FORT LAUDERDALE, FL 3330**

**BY:\_\_\_/s/\_\_\_K. David Kelly_____
K. DAVID KELLY, ESQ.**