UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20709-CIV-AOR

[CONSENT CASE]

ANA BACALLAO,            )
                         )
        Plaintiff,       )
   vs.                   )
                         )
JAMIE H. ZIDELL, and     )
J.H. ZIDELL, P.A.        )
                         )
        Defendants.      )
                         )
_____    )

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REPLY [DE 51]

**COME NOW** the Defendants, through counsel, and hereby file this Motion as follows:

### INTRODUCTION

1. This matter sounds under the FLSA.

2. As indicated below, Plaintiff's Reply [DE 51] should be stricken as it violates the page limitations under the local rules.

### MEMORANDUM OF LAW

Pursuant Rule 7.1(c)(2) of the Local Rules of the Southern District of Florida, a Reply is limited to (10) pages. [DE 51] contains (12) pages not including the signature page with Certificate of Service.

Plaintiff has neither sought leave to exceed the page limitation, nor moved for any type of related enlargement of time. Therefore, Defendants request the Court strike the Plaintiff's Reply filed as [DE 51], and not consider same in relation to the respective pending fee/cost motion.

**WHEREFORE** THE DEFENDANTS REQUEST THE COURT STRIKE THE PLAINTIFF'S REPLY FILED AS [DE 51], AND NOT CONSIDER SAME IN RELATION TO THE RESPECTIVE FEE/COST MOTION.

### CERTIFICATE OF CONFERRAL

Plaintiff's counsel Mr. Kogan indicated that this Motion is opposed.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR DEFENDANTS**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 8/16/16 TO:**

**ALL CM/ECF RECIPIENTS**

**PAVEL KOGAN, ESQ.**
**KOGAN PROBER, P.A.**
**MUSEUM PLAZA**
**200 S. ANDREWS AVE., STE. 901**
**FORT LAUDERDALE, FL 33301**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20709-CIV-AOR

[CONSENT CASE]

ANA BACALLAO,                          )
                                       )
           Plaintiff,                  )
    vs.                                )
                                       )
                                       )
JAMIE H. ZIDELL, and                   )
J.H. ZIDELL, P.A.                      )
                                       )
                                       )
           Defendants.                 )
                                       )
                                       )
_____ )

## ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REPLY [DE 51]

This cause, having come before the Court on the above-described motion, and the Court being duly advised in the premises, it is ORDERED and ADJUDGED that said motion is GRANTED and therefore:

THE PLAINTIFF'S REPLY FILED AS [DE 51] IS HEREBY STRICKEN, AND THE COURT SHALL NOT CONSIDER SAME IN RELATION TO THE RESPECTIVE FEE/COST MOTION WHICH IS PENDING.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record