**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.:16-CV-20709-UU

ANA BACALLAO,

       Plaintiff,

v.

J.H. ZIDELL, P.A. and JAMIE H. ZIDELL,
individually,

       Defendant.

_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE**
**PLAINTIFF'S REPLY**

COMES NOW, Plaintiff, ANA Bacallao, by and through her undersigned counsel, hereby files her Response to Defendants' Motion to Strike Plaintiff's Reply [D.E. 52], and in support thereof states as follows:

1. On August 12, 2016 Plaintiff filed its Reply to Defendants' Response to Plaintiff's Motion for Attorney's Fees.

2. On August 16, 2016, Defendants filed a Motion to Strike Plaintiff's Reply [D.E. 52] for violation of Rule 7.1(c)(2).

3. Rule 7.1(c)(2) states in pertinent part: "A reply memorandum shall not exceed ten (10) pages. Title pages preceding the first page of text, 'request for hearing" sections, signature pages, certificates of good faith conferences, and certificates of services shall not be counted as pages for purposes of this rule.

4. The entirety of Plaintiff's reply consisted of 13 pages. After removing the title page, certificate of good faith conference, certificate of service, signature page, and the response to request for hearing, the reply memorandum totals a little over 11 pages.

5. The excess pages of the Reply [D.E. 51] do not pose any prejudice to the Defendants, especially where one (1) of the pages, the Introduction section, of the reply consisted

solely of background information in this case. *Flexiteek Americas, Inc. v. Plasteak, Inc.*, 2009 WL 1288562 (S.D. Fla. May, 2009) (*stating* "It is clear from the Motions that rules have been violated, however, in no instance does the Court find that the prejudice flowing from the violations warrants the draconian relief sought in the Motions, i.e., striking the pleadings");

6. Plaintiff's Motion for Attorney's fees [D.E. 49] should be determined on the merits. *Papapanos v. Lufthansa German Airlines*, 1996 WL 33155438 (S.D. Fla. Apr. 1996) (denying motion to strike response memorandum that exceeded the limit by 10 pages "in the interest of resolving [the] case on the merits."); see also *Irwin v. Miami-Dade County Public Schools*, 2008 WL 2977360 (S.D. Fla. Jul. 2008) (admonishing Plaintiff for exceeding the page limit by 10 pages); *Elso v. United States of America*, 2010 WL 8675397 (S.D. Fla. Dec. 2007) (Cautioning the movant that "future non-compliance with the local rules may result in dismissal of the non-compliant pleading").

WHEREFORE, Plaintiff, ANA BACALLAO, respectfully requests that this Honorable court deny Defendants Motion to Strike [D.E. 52], and grant such further relief that this Honorable Court deems just and proper.

Respectfully Submitted,

KOGAN PROBER, P.A.
Attorneys for Ana Bacallao,
Museum Plaza, Suite 901
200 S. Andrews Avenue
Ft. Lauderdale, FL 33301
Telephone:    (954) 281-8888
Facsimile:    (954) 333-1505
Email:  pkogan@koganprober.com
        service@koganprober.com

By:____/s/ Pavel Kogan_____
        PAVEL KOGAN, ESQ.
        FLORIDA BAR NO.: 64339

**<u>CERTIFICATE OF SERVICE</u>**

      I HEREBY CERTIFY that a true and correct copy of foregoing was electronically filed this 2nd day of September, 2016 with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to: **K. David Kelly, Esq.,** david.kelly38@rocketmail.com **J.H. Zidell, Esq.,** zabogado@aol.com, and **Joshua H. Sheskin, Esq.,** jsheskin.jhzidellpa@gmail.com.

                  By:    /s/ Pavel Kogan
                           PAVEL KOGAN, ESQ.
                           FLORIDA BAR NO.: 64339