UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20709-CIV-AOR

[CONSENT CASE]

| | |
|---|---|
| ANA BACALLAO, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| JAMIE H. ZIDELL, and | ) |
| J.H. ZIDELL, P.A. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANTS' REPLY TO RESPONSE TO MOTION TO STRIKE PLAINTIFF'S REPLY [DE 51]**

**COME NOW** the Defendants, through counsel, and hereby reply as follows:

**INTRODUCTION**

1. This matter sounds under the FLSA.

2. As set forth in Plaintiff's Motion, the reply [DE 51] should be stricken as it violates the page limitations under the local rules.

3. Plaintiff never sought leave to exceed the page limits.

**MEMORANDUM OF LAW**

Plaintiff never sought leave seeking permission to exceed the limits set forth in Rule 7.1(c)(2) of the Local Rules of the Southern District of Florida. Plaintiff has not explained the good cause as to why the page limit needed to be exceeded, and also never sought an enlargement of time to re-file a compliant reply. *Attached see* paperless Order (from an excerpt

of the docket) in *Vergara v. Davis Bancorp*, 10-21746-DLG, [DE 115], (S.D. Fla. 3/10/11), where this Court analogously struck a fee motion for violating the local rules' font requirements.

**WHEREFORE** THE DEFENDANTS REQUEST THE COURT GRANT DEFENDANTS' MOTION.

Respectfully submitted,

K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR DEFENDANTS
300 71ST STREET, #605
MIAMI BEACH, FL 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870

BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 9/7/16 TO:

ALL CM/ECF RECIPIENTS

PAVEL KOGAN, ESQ.
KOGAN PROBER, P.A.
MUSEUM PLAZA
200 S. ANDREWS AVE., STE. 901
FORT LAUDERDALE, FL 33301

BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.