UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20709-CIV-OTAZO-REYES

**CONSENT CASE**

ANA BACALLAO,

    Plaintiff,

v.

JAMIE H. ZIDELL, and
J.H. ZIDELL, P.A.,

    Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court upon Defendants Jamie H. Zidell and J.H. Zidell, P.A.'s ("Defendants") Motion to Strike Plaintiff Ana Bacallao's ("Plaintiff") Reply (hereafter, "Motion to Strike") [D.E. 52], arguing that Plaintiff failed to comply with the page limitation set forth in Local Rule 7.1(c)(2).

On August 12, 2016, Plaintiff filed a Reply to Defendant's Response in Opposition to Plaintiff's Motion for Reasonable Attorneys' Fees and Costs (hereafter, "Plaintiff's Reply") [D.E. 51]. Plaintiff's Reply was 12 pages in length not including the signature page.

Local Rule 7.1(c)(2) provides that "[a]bsent prior permission of the Court . . . a reply memorandum shall not exceed ten (10) pages." See L. R. S.D. Fla. 7.1(c)(2). Plaintiff did not obtain leave from the Court to exceed the page limitation. Thus, it is

ORDERED AND ADJUDGED that Defendants' Motion to Strike [D.E. 52] is GRANTED. Plaintiff's Reply [D.E. 51] is hereby STRICKEN from the record. Plaintiff has **10**

**days from the date of this Order** to refile her Reply in compliance with the 10 page limitation of the Local Rules.  See L. R. S.D. Fla. 7.1(c)(2).

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of September, 2016.

*[signature]*

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record