UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:16-CV-20709-UU

ANA BACALLAO,

    Plaintiff,

v.

J.H. ZIDELL, P.A. and JAMIE H. ZIDELL, individually,

    Defendant.

_____/

## NOTICE OF SATISFACTION

COMES NOW, Plaintiff, ANA BACALLAO, by and through the undersigned counsel and files this Notice of Satisfaction, notifying this Court that the Order Awarding Fees [D.E. 58] entered on November 3, 2016 is hereby satisfied.

    Respectfully Submitted,

KOGAN PROBER, P.A.
Attorneys for Ana Bacallao,
Museum Plaza, Suite 901
200 S. Andrews Avenue
Ft. Lauderdale, FL 33301
Telephone:   (954) 281-8888
Facsimile:   (954) 333-1505
Email: pkogan@koganprober.com
    service@koganprober.com

By:  /s/ Pavel Kogan
    PAVEL KOGAN, ESQ.
    FLORIDA BAR NO.: 64339

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was electronically filed this 22nd day of November, 2016 with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to: **K. David Kelly, Esq.**, david.kelly38@rocketmail.com **J.H. Zidell, Esq.**, zabogado@aol.com, and **Joshua H. Sheskin, Esq.**, jsheskin.jhzidellpa@gmail.com.

By:  /s/ Pavel Kogan
    PAVEL KOGAN, ESQ.
    FLORIDA BAR NO.: 64339

1